UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **HESTERINE AUGUST** | **CASE NO. 2:22-CV-03520** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **GEOVERA SPECIALTY INSURANCE CO** | **MAGISTRATE JUDGE LEBLANC** |

### MEMORANDUM ORDER

Before the Court is "Plaintiff's Motion to Set Attorneys' Fees and Costs and Expenses" (Doc. 21) filed by counsel for Plaintiff, Hesterine August. Plaintiff indicates that a full settlement has been reached in this matter and requests that the Court issue an order determining the attorneys' fees, costs and expenses.[1]

On August 24, 2022, MMA filed the instant lawsuit on behalf of Plaintiff to recover alleged unpaid damages caused by Hurricanes Laura and Delta. On March 4, 2023, this Court suspended MMA and its attorneys from practicing in the Western District of Louisiana. On April 4, 2023, Plaintiff retained the Laborde Earles Law Firm to provide legal services for her claims against Defendant.

On August 22, 2023, this Court issued an order providing that "MMA and related parties have no property interest/ownership in the proceeds of any cases pending in this

---

[1] Counsel informs the Court that it served a copy of the Notice of Motion Setting on MMA.

Court."[2] Counsel for Plaintiff asserts that it believes that MMA intends to submit a claim for attorneys' fees, costs, and expenses in this matter as follows:

- LAWD Filing Expenses:              $402.00
- Service Expenses:                  $ 50.00
- Court Registry Expenses:           $ 50.00
- Disaster Solutions reduced invoice $1,000.00[3]

Plaintiff used the estimate prepared by Disaster Solutions to prosecute this case and does not object to the reduced $1,000.000 invoice. Plaintiff does object to paying MMA this amount considering MMA has failed to pay the invoice. Plaintiff does not object to the $402.00 filing fee and $50.00 service fee incurred by MMA, but does object to the $50.00 expense associated with the Court's review of MMA's stayed cases after MMA was suspended from practicing in the district. After considering all,

**IT IS ORDERED** that the Motion to Set Attorney Fees and Costs is **GRANTED.**

**IT IS FURTHER ORDERED** that the settlement check in this matter not include the law firm of McClenny, Moseley & Associates, LLC ("MMA") as payee.

**IT IS FURTHER ORDERED** that attorney fees are assessed as 33 1/3% to the Laborde Earles Law Firm and 0% to MMA.

**IT IS FURTHER ORDERED** that the filing fee of $402.00 and $50.00 service fee is assessed to MMA; the $1,000.00 Disaster Solutions invoice is assessed to the Laborde Earles Law Firm to be paid to Disaster Solutions.

---

[2] See Misc. Civil Action No. 3:23-0062, Doc. 37.
[3] The original amount billed by Disaster Solutions was $9,251.03.

**IT IS FURTHER ORDERED** that a Voluntary Motion to Dismiss be filed in this matter.

**THUS DONE AND SIGNED** in Chambers this 21st day of February, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE