UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**HESTERINE AUGUST**                             **CASE NO. 2:22-CV-03520**

**VERSUS**                                       **JUDGE JAMES D. CAIN, JR.**

**GEOVERA SPECIALTY INSURANCE CO**               **MAGISTRATE JUDGE LEBLANC**

## 60 DAY JUDGMENT OF DISMISSAL

Having been advised by the parties that this matter has settled,[1]

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated. Accordingly, all associated deadlines and hearings are hereby **TERMINATED**.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate judgment of dismissal as soon as the settlement documents are executed. If no motion is filed to reopen, the case is officially closed, and the Clerk of Court shall be relieved from the responsibility of sending out further notice in this matter.

**THUS DONE AND SIGNED** in Chambers this 8th day of April, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 21.