# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **HESTERINE AUGUST** | **CASE NO. 2:22-cv-03520-JDC-KK** |
| **VS.** | **JUDGE JAMES D. CAIN, JR.** |
| **GEOVERA SPECIALTY INSURANCE COMPANY** | **MAGISTRATE JUDGE KATHLEEN KAY** |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the Court was presented with the Agreed Joint Motion to Dismiss with Prejudice. The Court, after being informed by Plaintiff Hesterine August and Defendant GeoVera Specialty Insurance Company that the parties have reached an amicable settlement, finds the stipulation should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED,** that the above-styled and numbered cause and any and all causes of action asserted herein are hereby **DISMISSED WITH PREJUDICE** and that each party shall bear their own costs of the Court.

THUS DONE AND SIGNED in Chambers this 23rd day of April, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE